PD-0252-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2015 10:12:07 AM
Accepted 3/6/2015 3:34:29 PM
ABEL ACOSTA
CLERK

# IN THE TEXAS
# COURT OF CRIMINAL APPEALS

NO. _____

**(Court of Appeals No. 02-14-00039-CR)**

**BARCLAY EDWARD BERDAN,**

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

**Appellant,**

**vs.**

**THE STATE OF TEXAS,**

**Appellee.**

---

## APPELLANT'S FIRST MOTION FOR EXTENSION
## OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

TO THE COURT OF CRIMINAL APPEALS:

Appellant moves the Court for a Thirty (30) day extension of time in which to file his petition for discretionary review in the above-referenced case, showing the Court the following:

I.

The petition for discretionary review was presently due to be filed with the Court of Appeals on Monday, February 23, 2015 (that date being the 30th day from

the issuance of the Court of Appeals unpublished written Opinion on Rehearing on January 22, 2015) with the 15th day from that date being Tuesday, March 10, 2015. This is appellant's first requested extension.

## II.

An extension is necessary because counsel's numerous trial court settings and the fact that he was only recently substituted as counsel on appeal, replacing David L. Richards, who left private practice to be employed by the Office of the Criminal District Attorney for Tarrant County.

## III.

Petitioner was convicted of the misdemeanor offense of driving while intoxicated. The conviction was upheld by the Fort Worth Court of Appeals in an opinion which issued January 22, 2015, making the requested extension of time to file the petition for discretionary review due no later than February 23, 2015.

Wherefore, in the interest of justice, appellant request a 30 day extension in connection with the filing of his petition for discretionary review so as to make it due no later than March 25, 2015.

Respectfully submitted

Tim Choy
State Bar No. 24056721
204 W. Central Ave.
Fort Worth, TX 76164
Ph: (817) 625-5582
Fax: (817) 625-5881
Email: tim@timchoylaw.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this document has been forwarded to the appellate division of the Tarrant County District Attorney's Office, this 6th day, of March, 2015 by electronic filing.

Tim Choy